1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  *Attorneys for Defendants*

6  UNITED STATES DISTRICT COURT

7  DISTRICT OF NEVADA

| | |
|---|---|
| **DENNIS HOF**, an individual; **CHERRY PATCH LLC**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**NYE COUNTY**; **NYE COUNTY BOARD OF COUNTY COMMISSIONERS**; **DAN SCHINHOFEN** (in his personal and official capacity as an employee of Nye County; **ANDREW BORASKY** (in his personal and official capacity as Commissioner of District 4 of Nye County); **JANE DOE**; and **JOHN ROE**,<br><br>Defendants. | CASE NO.: 2:18-cv-01492-GMN-NJK<br><br>**NOTICE OF APPEARANCE** |

TAKE NOTICE that REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., will appear as counsel for Defendants NYE COUNTY, NYE COUNTY BOARD OF COMMISSIONERS, DAN SCHINHOFEN, and ANDREW BORASKY, in the above-captioned matter.

DATED this 15th day of August, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN7289)
99 West Arroyo Street
Reno, Nevada 89509
*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I personally served a true and correct copy of the attached document by e-filing it through CM/ECF addressed to the following:

Marc J. Randazza, Esq.
LaTeigra C. Cahill, Esq.
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Dr. Ste. 109
Las Vegas, NV 89117

Dated this 15th day of August, 2018.

                                              /s/ Jennifer Jacobsen
                                              Jennifer Jacobsen