1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8              **DISTRICT OF NEVADA**
9
10   DENNIS HOF, et al.,                         Case No.: 2:18-cv-1492-GMN-NJK
11          Plaintiff(s),                        **ORDER**
12   v.                                          (Docket No. 14)
13   NYE COUNTY, et al.,
14
          Defendant(s).
15
16        Pending before the Court is Plaintiffs' motion for early discovery, filed on an emergency
17   basis. Docket No. 14. A response to Plaintiffs' motion shall be filed by August 17, 2018, and any
18   reply shall be filed by August 20, 2018.
19        IT IS SO ORDERED
20        Dated: August 15, 2018
21        _____
22                                               NANCY J. KOPPE
                                                 United States Magistrate Judge
23
24
25
26
27
28

                                                 1