1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **DENNIS HOF**, an individual; **CHERRY PATCH LLC**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**NYE COUNTY; NYE COUNTY LICENSING BOARD; DAN SCHINHOFEN** (in his personal and official capacity as a member of the Nye County Licensing Board); **ANDREW BORASKY** (in his personal and official capacity as member of the Nye County Licensing Board); **JANE DOE**; and **JOHN ROE**,<br><br>Defendants. | CASE NO.: 2:18-cv-01492-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR NEW HEARING DATE RE: PLAINTIFFS' MOTION FOR TEMPORARY RESTRAING ORDER** |

Defendants NYE COUNTY, NYE COUNTY LICENSING BOARD, DAN SCHINHOFEN, and ANDREW BORASKY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., and Plaintiffs DENNIS HOF and CHERRY PATCH LLC, by and through their attorney of record, RANDAZZA LEGAL GROUP, PLLC, hereby stipulate and request that the hearing on the Emergency Motion for Temporary Restraining Order (ECF No.3) scheduled for August 24, 2018 at 1:30 p.m. (ECF No. 13) be rescheduled for a different date. This request is simply to obtain a different date and not to delay.

**Reason for This Request:** Defendants' counsel is unavailable that particular day as she is scheduled to teach a class for approximately 125 employees and staff at the

Davidson Institute for the Profoundly Gifted on Friday, August 24, 2018. This class has been scheduled for at least six months and cannot be rescheduled. Ms. Bruch is the only attorney at her firm that has been working on this case (as well as the other related cases) and feels that it is imperative that she be there in person and not telephonically.

**Proposed new date and time:** Both counsel have agreed that this hearing may be rescheduled to Wednesday, August 22, 2018 at 9:00 a.m.

RESPECTFULLY SUBMITTED this 16th day of August, 2018.

                              ERICKSON, THORPE & SWAINSTON, LTD

                              /s/ Rebecca Bruch_____
                              REBECCA BRUCH, ESQ. (SBN7289)
                              99 West Arroyo Street
                              Reno, Nevada 89509
                              *Attorneys for Defendants*

                              RANDAZZA LEGAL GROUP, PLLC

                              /s/ LaTeigra C. Cahill_____
                              MARC J. RANDAZZA, ESQ. (SBN12265)
                              LATEIGRA C. CAHILL, ESQ. (SBN14352)
                              2764 Lake Sahara Drive, Ste. 109
                              Las Vegas, Nevada 891107
                              *Attorneys for Plaintiffs*

IT IS SO ORDERED that the hearing on the Emergency Motion for Temporary Restraining Order set for August 24, 2018 at 1:30 p.m. before the Honorable Gloria Navarro, is vacated and reset to Wednesday, August 22, 2018 at 10:00 a.m., in LV Courtroom 7C before Judge Richard F. Boulware, II.

                              _____
                              RICHARD F. Boulware, II
                              United States District Judge
                              Dated: August 17, 2018_____