Marc J. Randazza, NV Bar # 12265
Ronald D. Green NV Bar # 7360
LaTeigra C. Cahill, NV Bar # 14352
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiffs
Dennis Hof and Cherry Patch LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **DENNIS HOF**, an individual; **CHERRY PATCH LLC**, a Nevada limited liability company,<br><br>  Plaintiffs,<br><br>vs.<br><br>**NYE COUNTY**; **NYE COUNTY BOARD OF COUNTY COMMISSIONERS**; **DAN SCHINHOFEN** (in his personal and official capacity as an employee of Nye County); **ANDREW BORASKY** (in his personal and official capacity as Commissioner of District 4 of Nye County); **JANE DOE**; and **JOHN ROE**,<br><br>  Defendants. | Case No. 2:18-cv-01492-RFB-GWF<br><br>**NOTICE OF MANUAL FILING OF VIDEO OF BOARD OF COUNTY COMMISSIONERS** |

Please take notice that Plaintiffs Dennis Hof and Cherry Patch LLC (known collectively as "Plaintiffs") have manually filed a video of the Board of Nye County Commissioners dated 19 June 2018, that is referenced in the above captioned Reply in Support of Motion for a Temporary Restraining Order.

Dated: August 22, 2018.        Respectfully Submitted,

                                RANDAZZA LEGAL GROUP, PLLC

                                /s/ Ronald D. Green
                                Marc J. Randazza, NV Bar # 12265
                                Ronald D. Green NV Bar # 7360

- 1 -
Notice of Manual Filing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

LaTeigra C. Cahill, NV Bar # 14352
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiffs
Dennis Hof and Cherry Patch LLC

Case No. 2:18-cv-01492-RFB-GWF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2018, that a true and correct copy of this foregoing document was electronically filed. I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

/s/ Sarah Dones-Caraballo

Sarah Dones-Caraballo

Employee at Randazza Legal Group