Marc J. Randazza, NV Bar # 12265
Ronald D. Green NV Bar # 7360
LaTeigra C. Cahill, NV Bar # 14352
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiffs
Dennis Hof and Cherry Patch LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **DENNIS HOF**, an individual; **CHERRY PATCH LLC**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>**NYE COUNTY**; **NYE COUNTY BOARD OF COUNTY COMMISSIONERS**; **DAN SCHINHOFEN** (in his personal and official capacity as an employee of Nye County); **ANDREW BORASKY** (in his personal and official capacity as Commissioner of District 4 of Nye County); **JANE DOE**; and **JOHN ROE**,<br><br>Defendants. | Case No. 2:18-cv-01492-GMN-NJK<br><br>**RESPONSE TO DEFENDANTS' NOTICE OF VIOLATION LR IA 2-1(b) and (c)** |

Plaintiffs Dennis Hof and Cherry Patch LLC ("Cherry Patch") (collectively, "Plaintiffs") hereby file their Response to Defendants' Notice of Violation of LR IA 2-1(b) and (c). The Plaintiffs will not speculate as to the notice's true purpose, but clearly it is an unnecessary addition to the docket. Nevertheless, lest it be construed as a motion, out of an abundance of caution, the Plaintiffs offer this response:

Mr. Hof (like other spectators in the courtroom - including at least one journalist) was using his camera prior to the hearing. Counsel was unaware of this, as they had their backs to the room. At some point before the Judge entered

1  the room, the bailiff instructed all spectators that no photography was allowed in
2  the building. At that point, it appears to have ended. The two photographs are
3  clearly from this time before the hearing and before the bailiff's instruction.
4  Nevertheless, counsel is capable of informing their clients of the fact that federal
5  courts do not allow cameras in the courtroom.

Dated: August 29, 2018.  Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/Marc Randazza
Marc J. Randazza, NV Bar # 12265
Ronald D. Green NV Bar # 7360
LaTeigra C. Cahill, NV Bar # 14352
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiffs
Dennis Hof and Cherry Patch LLC

Case No. 2:18-cv-01492-GMN-NJK

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of this foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

/s/ Sarah Dones-Caraballo
Employee,
Randazza Legal Group, PLLC