MARK WRAY, #4425
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Plaintiffs
SUZETTE COLE, THOMAS POTTER,
MARK WRAY, and CHERRY PATCH LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust; CHERRY PATCH LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>NYE COUNTY; NYE COUNTY LICENSING BOARD; DAN SCHINHOFEN (in his personal and official capacity as a member of the Nye County Licensing Board); ANDREW BORASKY (in his personal and official capacity as member of the Nye County Licensing Board); JANE DOE; and JOHN ROE,<br><br>    Defendants. | Case No. 2:18-cv-01492-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Plaintiffs Suzette Cole, Thomas Potter, and Mark Wray, as Trustees of Moundhouse – 2000 Trust and Cherry Patch LLC, by and through their attorney, Mark Wray, and Defendants Nye County, Nye County Licensing Board, Dan Schinhofen, and Andrew Borasky, by and through their attorney, Rebecca Bruch of Erickson Thorpe &

1

Swainston, Ltd., hereby stipulate that this case be dismissed, with prejudice, with each party to bear its own fees and costs.

DATED: February 8, 2019     LAW OFFICES OF MARK WRAY

By:____/s/ Mark Wray_____
    MARK WRAY
Attorney for Plaintiffs
SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust and CHERRY PATCH LLC

DATED: February 8, 2019     ERICKSON THORPE & SWAINSTON, LTD.

By:____/s/ Rebecca Bruch_____
    REBECCA BRUCH, #7289
99 W. Arroyo St.
Reno, Nevada 89505
(775) 786-3930
Attorneys for Defendants
NYE COUNTY, NYE COUNTY LICENSING BOARD, DAN SCHINHOFEN and ANDREW BORASKY

## **ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of February, 2019.

2