UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUZETTE COLE, *agent of Moundhouse – 2000 Trust*, CHERRY PATCH LLC, THOMAS POTTER, *agent of Moundhouse – 2000 Trust* MARK WRAY, *agent of Moundhouse – 2000 Trust*,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01492-RFB-GWF<br><br>**AMENDED ORDER** |

Plaintiff Dennis Hof and Cherry Patch LLC opened this case by filing a complaint on August 10, 2018. Plaintiff filed a certificate of cash deposit of $5000.00 as bond in support of a temporary restraining order on August 28, 2019. ECF No. 33. On December 28, 2018, Suzette Cole, Thomas Potter, and Mark Wray as trustees of Moundhouse 2000 Trust, were substituted as the proper plaintiff in lieu of Dennis Hof. ECF No. 52. The Court ordered the case dismissed with prejudice pursuant to the parties' stipulation for voluntary dismissal on February 11, 2019. ECF No. 56. However, the judgment did not address the certificate of cash deposit. The Court now corrects its Order to include instructions regarding the $5000.00 deposit.

/ / /

/ / /

/ / /

**IT IS ORDERED** that the $5000.00 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 33, to:

    Randazza Legal Group, PLLC

    2764 Lake Sahara Drive, Suite 109

    Las Vegas, NV 89117

DATED this 23rd day of August, 2019.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**